GEORGE M. LAMONTE, complainant,

*v.*

HARVEY MOTT et al., defendants.

[Decided October 18th, 1921.]

Appeal of Harvey Mott and others.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p. 229.*

*Mr. Otto A. Stiefel,* for the complainant.

*Mr. Roger Hinds,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, WILLIAMS—11.

*For reversal*—None.

*For modification*—GARDNER—1.